## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>                                          Plaintiff(s)<br>v.<br><br>LANDSCAPE WAREHOUSE III, INC.; LOS3R, LLC<br><br>                                          Defendant(s) | CASE NUMBER:<br><br>2:24-cv-04839 - SPG (RAOx)<br><br>**ADA DISABILITY ACCESS LITIGATION:**<br>**[PROPOSED] ORDER GRANTING**<br>**APPLICATION FOR STAY**<br>**AND EARLY MEDIATION** |

The Court has considered the recently filed Application for Stay and Early Mediation, and hereby **ORDERS**:

1. This action is STAYED as to Landscape Warehouse III, Inc. & LOS3R, LLC for a period of ninety (90) days from the date of the filing of this Order, unless otherwise ordered by the Court.

2. This case is referred to:

    ☐ **ADR PROCEDURE NO. 1:** Magistrate Judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

    ☐ **ADR PROCEDURE NO. 2:** This case is referred to the ADR Program. Within twenty-one (21) days, plaintiff shall obtain the consent of a Mediator listed on the Court's Mediation Panel who will conduct the mediation, and file form ADR-2, Stipulation Regarding Selection of Mediator. If the parties have not selected and obtained the consent of a Panel Mediator within twenty-one (21) days, the ADR Program (213-894-2993) will assign one. Forms and a list of the Panel Mediators are available on the Court's website, www.cacd.uscourts.gov. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

    The ADR proceeding is to be completed no later than: _____.

3. Within fourteen (14) days of the date of this Order, Plaintiff shall file with the Court and serve on Defendant(s) a statement ("Plaintiff's Case Statement") that includes the following:

    a. An itemized list of specific conditions on the subject premises that are the basis of the claimed violations of the ADA; and
    b. An itemized list of damages and, for each item, the amount sought.

4. If Defendant claims to have remedied any or all of the violation(s) identified by Plaintiff, or asserts that no violation exists, that Defendant shall file with the Court and serve on Plaintiff evidence showing the correction or absence of violation(s) at least ten (10) days before the date set for the early mediation.

5. The parties shall file with the Court a Joint Status Report no later than seven (7) days after the ADR proceeding is completed advising the Court of the status of the alleged ADA violations and their mediation efforts.

Date: _____

_____
United States District Judge

cc: ADR Program Director

# PROOF OF SERVICE BY MAIL
## (CCP 1013a, 2015.5)

STATE OF CALIFORNIA    )
                                ) SS
COUNTY OF LOS ANGELES  )

I, J.P. Pak, certify and declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 3250 Wilshire Boulevard, Suite 601, Los Angeles, California 90010, which is located in the county where the mailing described below took place.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

[X] **BY MAIL** On August 22, 2024, at my place of business at Los Angeles, California, the following documents **ADA DISABILITY ACCESS LITIGATION: [PROPOSED] ORDER GRANTING APPLICATION FOR STAY AND EARLY MEDIATION** was placed for deposit in the United States Postal Service in a sealed envelop, with postage fully prepaid, addressed to:

Matthew D. Valenti, Esq.
VALENTI LAW APC
5252 Balboa Avenue, Suite 700
San Diego, California 92117

And that said envelop was placed for collection and mailing on that date following ordinary business practices.

[X] **BY EMAIL** I served such document by email to the following email address provided by the party in this litigation at Los Angeles, California:
mattvalenti@valentilawapc.com

Executed on August 22, 2024, at Los Angeles, California.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

By: _// S - J.P. Pak //_
       J.P. Pak