VALENTI LAW APC
Matt Valenti, Esq. (State Bar No. 253978)
E-mail: mattvalenti@valentilawapc.com
5252 Balboa Avenue, Suite 700
San Diego, CA 92117
Phone: (619) 540-2189

Attorney for Plaintiff Raul Uriarte-Limon

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON, <br><br> Plaintiff, <br><br> vs. <br><br> LANDSCAPE WAREHOUSE III, INC; LOS3R LLC; and DOES 1-10, <br><br> Defendants. | Case No.: 2:24-cv-04839-SPG-RAO <br><br> NOTICE OF SETTLEMENT |

NOTICE OF SETTLEMENT - 1

1  Plaintiff RAUL URIARTE-LIMON hereby notifies the court that a global
2  settlement has been reached in the above-captioned case and the parties would like
3  to avoid any additional expense and further the interests of judicial economy.
4  Plaintiff therefore applies to this Honorable Court to vacate all currently set dates
5  with the expectation that Plaintiff will file a Notice of Dismissal with prejudice as
6  to all parties pursuant to F.R.Civ.P. 41(a)(1)(A)(i) within 60 days.

8  Respectfully submitted,

10 DATED: May 2, 2025                    VALENTI LAW APC

12                                       By:  */s/ Matt Valenti*
13                                            Matt Valenti, Esq.
14                                            Attorney for Plaintiff
                                              Raul Uriarte-Limon